Local Form 4004-5a

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

In re:                                                                                          Case No. 13-51530

JERRY L. TOWNSEND

Debtor                                                                                         Chapter 13

CERTIFICATION OF PLAN COMPLETION
AND REQUEST FOR DISCHARGE

The above-captioned debtor certifies under penalty of perjury that the following are true and correct:

1. All plan payments have been completed and the debtor is entitled to a discharge.

2. Pursuant to 11 U.S.C. § 1328(a), all amounts payable for domestic support obligations, if any, due on or before the date set forth below (including any amounts due before the filing of the bankruptcy petition to the extent provided for by the plan) have been paid.

   If the debtor was required to pay domestic support obligations, provide the following information:

   Current address of debtor: _____

   Current employer's name and address: _____

   _____

3. The provisions of 11 U.S.C. § 522(q)(1) are not applicable to this case under 11 U.S.C. § 1328(h) and there are no proceedings pending against the debtor of the kind described in 11 U.S.C. § 522(q)(1)(A) or 522(q)(1)(B).

4. The debtor has not received a discharge in a case filed under chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order.

5. The debtor has completed an instructional course concerning personal financial management pursuant to FRBP 4004(c)(4) (see also FRBP 1007(b)(7)), and has either previously filed Official Form 23 so certifying with the Court, or such certification and accompanying documents are being contemporaneously filed herewith.

The undersigned requests that a discharge be granted in accordance with 11 U.S.C. § 1328(a).

DATE: February 2, 2018

/s/ Jerry L. Townsend                                   _____
Debtor                                                             Joint Debtor (if any)