## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## THE HONORABLE Gregory R. Schaaf

IN RE:                                                    CASE NUMBER 13-51530

Jerry L. Townsend

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 3/1/2018                                            TIME: 09:30

APPEARANCES:

ISSUE:

44      2/9/2018        Motion for Relief from Stay, filed by United States
                        Rural Development Fee Amount 181. Hearing scheduled
                        for 3/1/2018 at 09:30 AM at Lexington Courtroom, Ch.
                        13. (Attachments: #  1 Continuation

DISPOSITION:
        Moot

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
**Gregory R. Schaaf**
**Bankruptcy Judge**
**Dated: Thursday, March 01, 2018**
**(rah)**